IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RODNEY RICHARDSON                                                     PLAINTIFF

v.                             No. 2:16CV00106 JLH

CITY OF BLYTHEVILLE, ARKANSAS; and
ROSS THOMPSON, individually and in his official
capacity as Chief of Police                                  DEFENDANTS

## **JUDGMENT**

      Pursuant to the Opinion and Order entered separately today, summary judgment is entered in favor of the City of Blytheville, Arkansas, and Ross Thompson, individually and in his official capacity as Chief of Police, on the claims of Rodney Richardson that arise under the laws and constitution of the United States of America. The Court declines to exercise supplemental jurisdiction over Richardson's claims that arise under the laws and constitution of the State of Arkansas. Those claims are dismissed without prejudice.

      IT IS SO ORDERED this 7th day of December, 2017.

                                                                          _____
                                                                        J. LEON HOLMES
                                                                        UNITED STATES DISTRICT JUDGE